UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| SANDRA LYN GONZALEZ, § § Plaintiff, § VS. § TRANSPORTADORA SAN JULIAN, S.A. DE C.V., § § Defendant. § | CIVIL ACTION NO. 7:19-CV-58 |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered Plaintiff, **SANDRA LYNN GONZALEZ** and Defendant **TRANSPORTADORA SAN JULIAN, S.A. DE C.V. (incorrectly referred to in Plaintiff's Original Petition as TRANSPORDADA SAN JULIAN, S.A. DE C.V.)**, Defendant, Joint Stipulation of Dismissal with Prejudice as per Federal Rule Civil Procedure 41(a)(2). The Court is of the opinion that same should be GRANTED.

IT IS ACCORDINGLY ORDERED that the claims of Plaintiff, **SANDRA LYNN GONZALEZ** and Defendant **TRANSPORTADORA SAN JULIAN, S.A. DE C.V. (incorrectly referred to in Plaintiff's Original Petition as TRANSPORDADA SAN JULIAN, S.A. DE C.V.)**, in the above-entitled and numbered cause be, and hereby are, in all things DISMISSED WITH PREJUDICE, with taxable court costs incurred in this matter to be taxed against the party incurring same.

Any relief not expressly granted is hereby denied.

SO ORDERED this 3rd day of June, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge